1034

[No. 72027-9-I.   Division One.   June 29, 2015.]

MARK F. BRESSLER ET AL., *Appellants*, v. KEVIN F. SULLIVAN ET AL., *Respondents*.

*Reversed in part* and *remanded* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Lau, JJ.

[No. 72065-1-I.   Division One.   June 29, 2015.]

WILLIAM LEAHY ET AL., *Appellants*, v. QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, *Respondent*.

*Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Lau, J. Now published at 190 Wn. App. 1.

[No. 72131-3-I.   Division One.   June 29, 2015.]

FORD SERVICES, LLC, *Appellant*, THE CITY OF SEDRO-WOOLLEY, *Respondent*, v. DEUTSCHE BANK NATIONAL TRUST COMPANY, *as Trustee, Respondent*.

*Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Lau, JJ.

[No. 72222-1-I.   Division One.   June 29, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LAVELLE XAVIER MITCHELL, *Appellant*.

*Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Cox and Appelwick, JJ.